UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

_Johnson_,
               Plaintiff(s),

v.

_Van Wagner_,
               Defendant(s).
------------------------------------------------------------x

**CALENDAR NOTICE**

20 CV 8695 (VB)

PLEASE TAKE NOTICE that the above-captioned case has been ~~scheduled~~/re-scheduled for:

- ___ Status conference
- ✓ Telephone conference
- ___ Pre-motion conference
- ___ Settlement conference
- ___ Oral argument
- ___ Bench ruling on motion

- ___ Final pretrial conference
- ___ Jury selection and trial
- ___ Bench trial
- ___ Suppression hearing
- ___ Plea hearing
- ___ Sentencing

on __7-1-__, 20__21__, at __11:00 AM__, in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. Adjourned from __6/23/21__

**All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: __5-19-__, 20__21__
White Plains, NY

✱ See #33 for telephone #

SO ORDERED:

_/s/ Vincent L. Briccetti_
Vincent L. Briccetti
United States District Judge