UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
MELISSA JOHNSON, on behalf of her minor  :
children, J.B. and J.D.,
                Plaintiff,  :
:
v.  :  **ORDER**
:
:  20 CV 8695 (VB)
POLICE OFFICER JOHN WILLIAMS; POLICE  :
OFFICER KEVIN D. VANWAGNER, Shield  :
#44; and CITY OF POUGHKEEPSIE,  :
                Defendants.  :
--------------------------------------------------------------x

As discussed at a conference held today, at which counsel for all parties appeared, it is HEREBY ORDERED:

1. For the reasons stated at the conference, the close of all discovery is extended to **January 31, 2023**.

2. By **December 30, 2022**, the parties shall provide a further joint update regarding settlement discussions, including whether there is anything the Court can do to assist in that regard.

3. A case management conference is scheduled for **February 3, 2023, at 9:30 a.m.** in Courtroom 620.

Dated: September 9, 2022
       White Plains, NY

                                    SO ORDERED:

                                    Vincent L. Briccetti
                                    United States District Judge